MARGARET D. FORT, as Administratrix, etc., of FRANK A. FORT, Deceased, and Others, Respondents, v. GLOBE AND RUTGERS FIRE INSURANCE COMPANY, Appellant.— Motion denied.

WILLIAM FORGO, Respondent, v. MARTIN SHAFER, Appellant.— Order unanimously affirmed, with costs. Lyon, J., not sitting.

WILLIAM GOETZE, Appellant, v. EMILIE GOETZE, Respondent.— Order unanimously affirmed, with ten dollars costs and disbursements. Lyon, J., not sitting.

INTERNATIONAL CHEESE COMPANY, Appellant, v. PHENIX CHEESE COMPANY, Respondent.— Motion granted by default.

INTERNATIONAL PAPER COMPANY, Appellant, Respondent, v. WILLIAM ROCKEFELLER, Respondent, Appellant.— Decision amended so as to read as follows: Judgment affirmed, without costs. Order affirmed, with ten dollars costs. All concurred, except Woodward, J., dissenting; H. T. Kellogg, J., not sitting. (See, ante, p. 910.)

In the Matter of the Judicial Settlement of the Accounts of OLIVIA C. EATON, as Executrix, etc., of HERVEY E. EATON, Deceased, as Executor, etc., of ELIZABETH S. EATON, Deceased. (Motion No. 1.) — Motion denied.

In the Matter of the Judicial Settlement of the Accounts of OLIVIA C. EATON, as Executrix, etc., of HERVEY E. EATON, Deceased, as Executor, etc., of ELIZABETH S. EATON, Deceased. (Motion No. 2.) — Motion denied.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim for Compensation under the Workmen's Compensation Law, Made by MARGARET SHERIDAN, Respondent, for the Death of JAMES SHERIDAN, v. TRAINER CONSTRUCTION COMPANY, Employer, and UNITED STATES FIDELITY AND GUARANTY COMPANY, Insurance Carrier, Appellants. — Motion denied.

PETER B. McCAGHEY and Others, as Surviving Partners of the P. B. McCAGHEY COMPANY, v. PAUL SMITH'S HOTEL COMPANY.— Motion denied.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of JOHN LAURINO, Respondent, for Compensation under the Workmen's Compensation Law, v. JOHN E. DONOVAN, Employer, and THE TRAVELERS INSURANCE COMPANY, Insurance Carrier, Appellants.— Motion denied.

HANNAH McNEIL, Respondent, v. J. HUNTING COBB and MARY A. COBB, Appellants.— Motion denied.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of PASQUALE TROTTA for Compensation under the Workmen's Compensation Law, v. NON-COLUMN GARAGE COMPANY, INC., Employer.— Motion denied.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of FRANCES LOUISE STEVENS, Widow of WILLIAM STEVENS, Respondent, for Compensation under the Workmen's Compensation Law, v. CONSOLIDATED ICE COMPANY OF HUNTINGTON, Employer, and EXCHANGE MUTUAL INDEMNITY INSURANCE COMPANY, Insurer, Appellant.— Leave to appeal to the Court of Appeals unnecessary, as one of the justices dissented from the decision of this court.